UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **IMAGING CENTER OF LOUISIANA L L C** | **CASE NO. 2:22-CV-01103** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ENDURANCE AMERICAN INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

### 60 DAY JUDGMENT OF DISMISSAL

Upon notice that the above captioned suit has settled, the court **HEREBY ORDERS, ADJUDGES,** and **DECREES** that this action be dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated. **IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers on the 19th day of October, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**